# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| LUKA VOLKOV, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )     **Case No. 3:25-cv-00229** |
| | )     **Judge Aleta A. Trauger** |
| META PLATFORMS, INC., MARK | ) |
| ZUCKERBERG, SHERYL SANDBERG, | ) |
| and JOHN/JANE DOES 1-10, | ) |
| | ) |
|    Defendant. | ) |

## <u>ORDER</u>

As set forth in the accompanying Memorandum, plaintiff Luka Volkov's Objections (Doc. No. 94) and Supplemental Objections (Doc. No. 96) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED IN PART AND SUSTAINED IN PART**, and the R&R (Doc. No. 93) is **ACCEPTED IN PART AND REJECTED IN PART**.

More specifically, that part of the R&R finding that this court lacks personal jurisdiction over defendants Meta Platforms, Inc., Mark Zuckerberg, and Sheryl Sandberg (collectively, the "moving defendants") is **ACCEPTED**, and the Objections to that part of the R&R are **OVERRULED**. That part of the R&R recommending dismissal for lack of personal jurisdiction, however, is **REJECTED**, and the plaintiff's request that the court transfer rather than dismiss is **GRANTED**. The court, in the interest of justice, will transfer the case to the Northern District of California.

The defendants' Motion to Dismiss (Doc. No. 84) is **DENIED IN PART AND RESERVED IN PART**. The court **DENIES** the motion, insofar as it seeks dismissal (rather than

transfer) for lack of personal jurisdiction. Because the court lacks jurisdiction to consider the defendants' challenges on the merits, the court **RESERVES** ruling on the remainder of the Motion to Dismiss, leaving it for resolution by the transferee court. The Clerk is **DIRECTED** *not* to terminate the Motion to Dismiss (Doc. No. 84).

Finding that transfer is warranted, the court also does not reach the plaintiff's Motion for Leave to File Third Amended Complaint (Doc. No. 97) or the question of whether the claims against the John/Jane Doe defendants should be dismissed for failure to effect timely service of process under Federal Rule of Civil Procedure 4(m).

In the interest of justice, this case is hereby **TRANSFERRED**, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Northern District of California.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge